UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORRAINE BEELER,<br>LARRY MACDONALD,<br>DARLENE MACDONALD,<br>GORDON KEMP,<br>JUDY KEMP,<br>DOUGLAS STOKES,<br><br>              Plaintiffs,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendants. | No. 1:15-cv-01481-SEB-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Class Certification [Dkt. 115]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Plaintiffs' Motion for Class Certification [Dkt. 88] is **GRANTED** and the following class shall be certified in this matter:

> All persons whose SSA retirement benefits have been reduced by application of the WEP based solely upon their receipt of CPP or QPP benefits. In addition, the class comprises beneficiaries of SSA retirement benefits reduced as a result of the reduction of a spouse's benefit under the WEP based solely on the spouse's receipt of CPP or QPP benefits.

**IT IS SO ORDERED.**

Date: 6/12/2018

                                                          SARAH EVANS BARKER, JUDGE
                                                          United States District Court
                                                          Southern District of Indiana

Distribution:

Aaron M. Bernay
FROST BROWN TODD LLC
abernay@fbtlaw.com

Jonathan Mark Bruce
LAW OFFICE OF JONATHAN BRUCE, LLC
bruce@jonathanbrucelaw.com

Darren Andrew Craig
FROST BROWN TODD LLC
dcraig@fbtlaw.com

Joseph J. Dehner
FROST BROWN TODD LLC
jdehner@fbtlaw.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov